1  Tom Dutton, Esquire
   PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2  2001 Park Place North, Suite 1100
   Birmingham, AL 35203
3  Telephone: (205) 322-8880
   Facsimile: (205) 328-2711
4

5  Attorney for Plaintiff

6

7

8

9

10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

15  _____    )
                                      )   Docket No.: 3:06-CV-07280
16  IN RE: BEXTRA AND CELEBREX        )
    MARKETING SALES PRACTICES AND     )   **MDL NO. 1699**
17  PRODUCT LIABILITY LITIGATION      )   **District Judge: Charles R. Breyer**
                                      )
18  _____    )
                                      )
19  Brenda Boutwell,                  )
                                      )   **STIPULATION AND ORDER OF**
20                     Plaintiff,     )   **DISMISSAL WITH PREJUDICE**
                                      )
21           vs.                      )
                                      )
22  Pfizer, Inc., et al.              )
                       Defendants.    )
23

24  _____

25       Come now the Plaintiff, BRENDA BOUTWELL and Defendants, by and through the

26  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

27  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

28  fees and costs.

-1-

1  DATED: April 3, 2009        By: _____
                                    Tom Dutton
2                                   PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
                                    2001 Park Place North, Suite 1100
3                                   Birmingham, AL 35203
                                    Telephone: (205) 322-8880
4                                   Facsimile: (205) 328-2711
5
                                    Attorney for Plaintiff
6
7  DATED: Oct. 21, 2009         By: _____
8
                                    DLA PIPER LLP (US)
9                                   1251 Avenue of the Americas
                                    New York, NY 10020
10                                  Telephone: (212) 335-4500
                                    Facsimile: (212) 335-4501
11                                  *Defendants' Liaison Counsel*
12
13
14
15  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
16
17  Dated: OCT 28 2009           _____
18                                    Hon. Charles R. Breyer
                                      United States District Court
19
20
21
22
23
24
25
26
27
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**